# IN THE SUPREME COURT OF THE STATE OF NEVADA

EMERSON KENNETH LESLIE,
                     Appellant,
            vs.
NEVADA BOARD OF PAROLE
COMMISSIONERS,
                     Respondent.

No. 78351

**FILED**

AUG 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
         DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a petition for writ of mandamus. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

Appellant has filed a motion to voluntarily withdraw his appeal. The motion is granted and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Chief Judge, The Eighth Judicial District Court
    Hon. Joseph T. Bonaventure, Senior Judge
    Emerson Kenneth Leslie
    Attorney General/Carson City
    Attorney General/Las Vegas
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-33111